RECEIVED

DEC - 8 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DANIEL DONOHUE, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

APPLE, INC.

    Defendant.

CASE NO. 11-CV-05337 LHK

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Mark A. Bulgarelli, whose business address and telephone number is Progressive Law Group LLC
505 N. LaSalle Street, Suite 350, Chicago, IL 60654
Ph: (312) 787-2717

and who is an active member in good standing of the bar of   Northern District of Illinois

having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing   Plaintiff Daniel Donohue

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated: December 19, 2011

*Lucy H. Koh*
Honorable Lucy H. Koh
United States District   Judge