PENELOPE A. PREOVOLOS (CA SBN 87607)
(PPreovolos@mofo.com)
STUART C. PLUNKETT (CA SBN 187971)
(SPlunkett@mofo.com)
SUZANNA P. BRICKMAN (CA SBN 250891)
(SBrickman@mofo.com)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

*Attorneys for Defendant*
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DANIEL DONOHUE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | Case No. 5:11-cv-05337 LHK<br><br>**CLASS ACTION**<br><br>**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>Judge:   Hon. Lucy H. Koh<br>Complaint Filed:  November 3, 2011<br>Trial Date:  None Set |

1     Plaintiff and defendant Apple Inc. ("Apple"), by and through their respective counsel,

2 hereby stipulate as follows:

3     WHEREAS, a Case Management Conference is scheduled in this matter for January 18,

4 2012;

5     WHEREAS, due to unexpected scheduling issues, the parties were not able to meet and

6 confer, pursuant to Rule 26(f) and Local Rule 16-9, with sufficient time to complete the required

7 joint statement and Rule 26(f) report;

8     WHEREAS, the parties agree that additional time is needed to permit the parties to

9 continue to meet and confer regarding issues pertinent to the joint statement and Rule 26(f)

10 report;

11     NOW THEREFORE, the parties stipulate and respectfully request that the Court issue an

12 Order as follows:

13     The Case Management Conference in this matter, scheduled for January 18, 2012 at 2:00

14 p.m., is continued until February 1, 2012 at 2:00 p.m. The parties' deadline to file their joint

15 statement and Rule 26(f) report is January 25, 2012.

16     IT IS SO STIPULATED

17 Dated: January 11, 2012                   PENELOPE A. PREOVOLOS
                                              STUART C. PLUNKETT
18                                                 SUZANNA P. BRICKMAN
                                                MORRISON & FOERSTER LLP
19

20
                                                By:     /s/ Penelope A. Preovolos
21                                                             Penelope A. Preovolos

22                                                 *Attorneys for Defendant*
                                                APPLE INC.
23

24

25

26

27

28

| | | |
|---|---|---|
| Dated: January 11, 2012 | | KATHRYN DIEMER<br>DIEMER, WHITMER & CARDOSI LLP<br><br>MARK BULGARELLI (*admitted pro hac vice*)<br>ALEX STEPICK<br>FRANK JABLONSKI<br>PROGRESSIVE LAW GROUP, LLC |
| | By: | /s/ Mark Bulgarelli<br>Mark Bulgarelli |
| | | Attorneys for Plaintiff<br>DANIEL DONOHUE |

I, Penelope A. Preovolos, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with General Order 45, section X.B., I hereby attest that I have on file the concurrences for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

By: /s/ Penelope A. Preovolos
Penelope A. Preovolos

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: January 12, 2012

_Lucy H. Koh_
Hon. Lucy H. Koh
United States District Judge