PENELOPE A. PREOVOLOS (CA SBN 87607)
(PPreovolos@mofo.com)
STUART C. PLUNKETT (CA SBN 187971)
(SPlunkett@mofo.com)
SUZANNA P. BRICKMAN (CA SBN 250891)
(SBrickman@mofo.com)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

*Attorneys for Defendant*
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DANIEL DONOHUE, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>APPLE INC.,<br><br>    Defendant. | Case No. 5:11-cv-05337 LHK<br><br>**CLASS ACTION**<br><br>**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>Judge: Hon. Lucy H. Koh<br>Complaint Filed: November 3, 2011<br>Trial Date: None Set |

1  Plaintiff and defendant Apple Inc. ("Apple"), by and through their respective counsel,
2  hereby stipulate as follows:
3  WHEREAS, a Case Management Conference is scheduled in this matter for January 18,
4  2012;
5  WHEREAS, due to unexpected scheduling issues, the parties were not able to meet and
6  confer, pursuant to Rule 26(f) and Local Rule 16-9, with sufficient time to complete the required
7  joint statement and Rule 26(f) report;
8  WHEREAS, the parties agree that additional time is needed to permit the parties to
9  continue to meet and confer regarding issues pertinent to the joint statement and Rule 26(f)
10 report;
11 NOW THEREFORE, the parties stipulate and respectfully request that the Court issue an
12 Order as follows:
13 The Case Management Conference in this matter, scheduled for January 18, 2012 at 2:00
14 p.m., is continued until February 1, 2012 at 2:00 p.m. The parties' deadline to file their joint
15 statement and Rule 26(f) report is January 25, 2012.
16 IT IS SO STIPULATED

Dated:  January 11, 2012

PENELOPE A. PREOVOLOS
STUART C. PLUNKETT
SUZANNA P. BRICKMAN
MORRISON & FOERSTER LLP

By:  /s/ Penelope A. Preovolos
      Penelope A. Preovolos

*Attorneys for Defendant*
APPLE INC.

| | | |
|---|---|---|
| 1 | Dated: January 11, 2012 | KATHRYN DIEMER<br>DIEMER, WHITMER & CARDOSI LLP |
| 2 | | |
| 3 | | MARK BULGARELLI (*admitted pro hac vice*)<br>ALEX STEPICK |
| 4 | | FRANK JABLONSKI<br>PROGRESSIVE LAW GROUP, LLC |

By:   /s/ Mark Bulgarelli
      Mark Bulgarelli

Attorneys for Plaintiff
DANIEL DONOHUE

I, Penelope A. Preovolos, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with General Order 45, section X.B., I hereby attest that I have on file the concurrences for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

By:   /s/ Penelope A. Preovolos
      Penelope A. Preovolos

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: January 12, 2012

*Lucy H. Koh*
Hon. Lucy H. Koh
United States District Judge