**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DANIEL DONOHUE, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br> v. <br><br> APPLE, Inc., <br><br> Defendant. | Case No.:  11-CV-5337-LHK <br><br> ORDER REFERRING MATTER FOR RELATED CASE DETERMINATION |

Pursuant to Civil Local Rule 3-12(c), the above captioned matter is hereby referred to the Honorable Ronald M. Whyte for a determination as to whether it is related to: *In re Apple, Inc. iPhone4 Products Liability Litigation*, 10-md-02188-RMW.

**IT IS SO ORDERED.**

January 27, 2012

_Lucy H. Koh_____
LUCY H. KOH
United States District Judge

1

Case Nos.: 11-CV-5337-LHK
ORDER REFERRING MATTER FOR RELATED CASE DETERMINATION