IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL DONOHUE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant.<br>_____ / | CASE NO. 5:11-cv-05337 LHK<br><br>~~(Proposed)~~<br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE* |

ALEX STEPICK, whose business address and telephone number is

PROGRESSIVE LAW GROU, LLC; 505 N. LASALLE BLVD.; SUITE 350, CHICAGO, IL, 60654

Phone number (312) 787-2717.

and who is an active member in good standing of the bar of ILLINOIS

having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing PLAINTIFF, DANIEL DONOHUE

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice.* Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated: 1/30/2012

*Lucy H. Koh*
United States District Judge