1   Mark Bulgarelli (*Pro Hac Vice*)
    Alex Stepick (*Pro Hac Vice*)
2   PROGRESSIVE LAW GROUP, LLC
    505 N. LaSalle Suite 350
3   Chicago, IL 60654
    Tel: (312) 787-2717
4   markb@progressivelaw.com
    alex@progressivelaw.com
5                                                           E○Ú̃EŽ○$ÒÒ○Å̃ẪÄ̃Ð̃J̃Ð̃G̃E
6   Kathryn Diemer
    DIEMER, WHITMAN & CARDOSI, LLP
7   75 East Santa Clara Street, Suite 290
    San Jose, CA 95113
8   Tel: (408) 971-6270

9   *Attorneys for Plaintiff*

10                  UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                       SAN JOSE DIVISION

13

14   DANIEL DONOHUE, individually and on        Case No. 5:11-cv-05337 RMW
     behalf of all others similarly situated,
15                                              **CLASS ACTION**
                        Plaintiff,
16                                              **JOINT STIPULATION REGARDING
                 v.                             BRIEFING AND HEARING SCHEDULE OF
17                                              DEFENDANT'S REQUEST FOR JUDICIAL
     APPLE INC.,                                NOTICE; [] ORDER**
18
                        Defendant.
19
                                                Judge:    Hon. Ronald M. Whyte
20

21

22

23

24

25

26

27

28

1   By this Stipulated Request, the parties respectfully request that the Court enter an order

2   setting the briefing and hearing schedule on Defendant's Request for Judicial Notice such that the

3   briefing schedule is identical to the briefing schedule for the hearing on Defendant's Motion to

4   Dismiss to which the Request for Judicial Notice relates;

5   WHEREAS Plaintiff filed its First Amended Complaint on February 21, 2012 [D.E. #31];

6   WHEREAS Defendant filed a Motion to Dismiss the First Amended Complaint on March

7   8, 2012 [D.E. #33];

8   WHEREAS the parties filed a Joint Stipulation Regarding the Briefing and Hearing

9   Schedule of Defendant's Motion to Dismiss [D.E. #35], whereby, as proposed: Plaintiff's

10  deadline to file and serve his opposition to Defendant's Motion to Dismiss shall be April 5, 2012;

11  Defendant's deadline to file and serve its reply brief shall be April 20, 2012; and the Motion shall

12  be heard on May 4, 2012 at 9 a.m;

13  WHEREAS on March 8, 2012, Defendant filed its Request for Judicial Notice [D.E. #34],

14  which relates to Defendant's Motion to Dismiss; and

15  WHEREAS the parties have conferred and agreed that the briefing schedule for the

16  Request for Judicial Notice should be commensurate with the stipulated briefing schedule for the

17  Motion to Dismiss.

18  NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE as follows:

19  1.   Plaintiff's deadline to file and serve his opposition to Defendant's Request for

20  Judicial Notice shall be April 5, 2012.

21  2.   Defendant's deadline to file and serve its reply brief in support thereof shall be

22  April 20, 2012.

23  3.   The Request for Judicial Notice shall be heard along with the Defendant's motion

24  to dismiss on May 4, 2012, at 9 a.m.

25  IT IS SO STIPULATED.

26

27

28

Dated: March 13, 2012

PENELOPE A. PREOVOLOS
STUART C. PLUNKETT
SUZANNA P. BRICKMAN
MORRISON & FOERSTER LLP

By:     /s/ Stuart C. Plunkett
                Stuart C. Plunkett

*Attorneys for Defendant*
APPLE INC.

Dated: March 13, 2012

MARK BULGARELLI (*Pro Hac Vice*)
ALEX STEPICK (*Pro Hac Vice*)
PROGRESSIVE LAW GROUP, LLC

KATHRYN DIEMER
DIEMER, WHITMER & CARDOSI LLP

By:    /s/ Alex Stepick
            Alex Stepick

Attorneys for Plaintiff
DANIEL DONOHUE

I, Alex Stepick, am the ECF User whose ID and password are being used to file this Stipulation.  In compliance with General Order 45, section X.B., I hereby attest that I have on file the concurrences for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

By:     /s/ Alex Stepick
            Alex Stepick

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March ___FJ___, 2012     _____
                                                        The Honorable Ronald M. Whyte
                                                        Senior United States District Judge