1  Mark Bulgarelli (*Pro Hac Vice*)
   Alex Stepick (*Pro Hac Vice*)
2  PROGRESSIVE LAW GROUP, LLC
   505 N. LaSalle Suite 350
3  Chicago, IL 60654
   Tel: (312) 787-2717
4  markb@progressivelaw.com
   alex@progressivelaw.com
5
   Kathryn Diemer
6  DIEMER, WHITMAN & CARDOSI, LLP
   75 East Santa Clara Street, Suite 290
7  San Jose, CA 95113
   Tel: (408) 971-6270
8
   *Attorneys for Plaintiff*
9

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                    SAN JOSE DIVISION

13

14  DANIEL DONOHUE, individually and on       Case No. 5:11-cv-05337 RMW
    behalf of all others similarly situated,
15                                            **CLASS ACTION**
                    Plaintiff,
16                                            **JOINT STIPULATION REGARDING
          v.                                  BRIEFING AND HEARING SCHEDULE OF
17                                            DEFENDANT'S REQUEST FOR JUDICIAL
    APPLE INC.,                               NOTICE; [] ORDER**
18
                    Defendant.
19
                                              Judge:   Hon. Ronald M. Whyte
20

1    By this Stipulated Request, the parties respectfully request that the Court enter an order setting the briefing and hearing schedule on Defendant's Request for Judicial Notice such that the briefing schedule is identical to the briefing schedule for the hearing on Defendant's Motion to Dismiss to which the Request for Judicial Notice relates;

WHEREAS Plaintiff filed its First Amended Complaint on February 21, 2012 [D.E. #31];

WHEREAS Defendant filed a Motion to Dismiss the First Amended Complaint on March 8, 2012 [D.E. #33];

WHEREAS the parties filed a Joint Stipulation Regarding the Briefing and Hearing Schedule of Defendant's Motion to Dismiss [D.E. #35], whereby, as proposed: Plaintiff's deadline to file and serve his opposition to Defendant's Motion to Dismiss shall be April 5, 2012; Defendant's deadline to file and serve its reply brief shall be April 20, 2012; and the Motion shall be heard on May 4, 2012 at 9 a.m;

WHEREAS on March 8, 2012, Defendant filed its Request for Judicial Notice [D.E. #34], which relates to Defendant's Motion to Dismiss; and

WHEREAS the parties have conferred and agreed that the briefing schedule for the Request for Judicial Notice should be commensurate with the stipulated briefing schedule for the Motion to Dismiss.

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE as follows:

1.   Plaintiff's deadline to file and serve his opposition to Defendant's Request for Judicial Notice shall be April 5, 2012.

2.   Defendant's deadline to file and serve its reply brief in support thereof shall be April 20, 2012.

3.   The Request for Judicial Notice shall be heard along with the Defendant's motion to dismiss on May 4, 2012, at 9 a.m.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| Dated: March 13, 2012 | | PENELOPE A. PREOVOLOS<br>STUART C. PLUNKETT<br>SUZANNA P. BRICKMAN<br>MORRISON & FOERSTER LLP |
| | By: | /s/ Stuart C. Plunkett<br>         Stuart C. Plunkett |
| | | *Attorneys for Defendant*<br>APPLE INC. |
| Dated: March 13, 2012 | | MARK BULGARELLI (*Pro Hac Vice*)<br>ALEX STEPICK (*Pro Hac Vice*)<br>PROGRESSIVE LAW GROUP, LLC |
| | | KATHRYN DIEMER<br>DIEMER, WHITMER & CARDOSI LLP |
| | By: | /s/ Alex Stepick<br>         Alex Stepick |
| | | Attorneys for Plaintiff<br>DANIEL DONOHUE |

I, Alex Stepick, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with General Order 45, section X.B., I hereby attest that I have on file the concurrences for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

By:   /s/ Alex Stepick
         Alex Stepick

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March ___FJ___, 2012

*Ronald M. Whyte*
The Honorable Ronald M. Whyte
Senior United States District Judge

JOINT STIPULATION REGARDING BRIEFING AND HEARING OF REQUEST FOR JUDICIAL NOTICE
CASE NO. 5:11-CV-05337-RMW

2