1  Kathryn S. Diemer, Esq. SBN 133977
   DIEMER, WHITMAN & CARDOSI, LLP
2  75 East Santa Clara Street, Suite 290
3  San Jose, CA 95113
   (408) 971-6270
4  kdiemer@diemerwhitman.com

5  Alex Stepick (Pro Hac Vice)
   Mark Bulgarelli (Pro Hac Vice)
6  PROGRESSIVE LAW GROUP, LLC
7  505 N. LaSalle Suite 350
   Chicago, IL 60654
8  312-787-2717
   markb@progressivelaw.com
9  alex@progressivelaw.com

10 *Attorneys for Plaintiff*

                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                          SAN JOSE DIVISION

| | |
|---|---|
| DANIEL DONOHUE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | Case No. 5:11-cv-05337 RMW<br><br>**CLASS ACTION**<br><br>**JOINT STIPULATION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT; [~~PROPOSED~~] ORDER**<br><br>**[N.D. CAL. CIVIL LR 6-2]**<br><br>Judge: Hon. Ronald M. Whyte<br>Complaint Filed: November 3, 2011<br>Trial Date: None |

JOINT STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT; [~~PROPOSED~~] ORDER
CASE NO. 5:11-CV-05337-RMW
sf-3152892

Pursuant to Northern District Local Rules 6-1(b) and 6-2(a), Plaintiff and defendant Apple Inc. ("Apple"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, on May 10, 2012, the Court entered an order granting Apple's motion to dismiss, and ordering Plaintiff to file a Second Amended Complaint ("SAC") on or before June 11, 2012;

WHEREAS, the parties have met and conferred, and have agreed to extend Plaintiff's time to file the SAC due to Plaintiff's counsel's previously-scheduled and conflicting work and personal commitments (*See* Declaration of Ilan Chorowsky ("Chorowsky Decl."), filed concurrently herewith, ¶ 3);

WHEREAS, the parties also conferred and agreed to extend Apple's time to plead or otherwise respond to the SAC (Chorowsky Decl. ¶ 4);

WHEREAS, this is the first stipulation and request to extend time related to the SAC, and will not otherwise effect or alter any deadline set by this Court; (Chorwosky Decl. ¶¶ 5, 6);

NOW THEREFORE, the parties stipulate as follows:

1. Plaintiff's time to file the SAC is extended to and including July 11, 2012.
2. Apple's time to plead or otherwise respond to the SAC is extended to and including August 1, 2012.
3. Plaintiff's opposition to any threshold motions responding to the SAC shall be filed on or before August 22, 2012.
4. Apple's reply brief shall be filed on or before September 12, 2012.
5. A hearing on Apple's threshold motions, if any, shall be set for October 5, 2012 at 9:00 a.m.
6. Apple is not obligated to answer the SAC until after the Court rules on any threshold motions.

///

JOINT STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT
CASE NO. 5:11-CV-05337-RMW
sf-3152892

1

| | | |
|---|---|---|
| 1 | Dated: June 1, 2012 | PENELOPE A. PREOVOLOS<br>STUART C. PLUNKETT<br>SUZANNA P. BRICKMAN<br>MORRISON & FOERSTER LLP |
| 2 | | |
| 3 | | |
| 4 | | By:  /s/ Penelope A. Preovolos<br>      Penelope A. Preovolos |
| 5 | | |
| 6 | | *Attorneys for Defendant*<br>APPLE INC. |
| 7 | Dated: June 1, 2012 | KATHRYN DIEMER<br>DIEMER, WHITMER & CARDOSI LLP |
| 8 | | |
| 9 | | KEVIN ENG<br>EDWARD ZUSMAN<br>MARKUN ZUSMAN & COMPTON LLP |
| 10 | | |
| 11 | | MARK BULGARELLI (*Pro Hac Vice*)<br>ALEX STEPICK (*Pro Hac Vice*)<br>PROGRESSIVE LAW GROUP, LLC |
| 12 | | |
| 13 | | By:  /s/ Alex Stepick<br>      Alex Stepick |
| 14 | | |
| 15 | | Attorneys for Plaintiff<br>DANIEL DONOHUE |

## [~~PROPOSED~~] ORDER

**Pursuant to Stipulation, IT IS SO ORDERED.**

Dated: June  í   , 2012

_____
Honorable Ronald Whyte

sf-3152892