Kathryn S. Diemer, Esq. SBN 133977
DIEMER, WHITMAN & CARDOSI, LLP
75 East Santa Clara Street, Suite 290
San Jose, CA 95113
(408) 971-6270
kdiemer@diemerwhitman.com

Edward S. Zusman (SBN 154366)
Kevin K. Eng (SBN 209036)
MARKUN ZUSMAN & COMPTON, LLP
465 California Street, Suite 500
San Francisco, CA 94104
(415) 438-4515
ezusman@mzclaw.com
keng@mzclaw.com

Alex Stepick (Pro Hac Vice)
Mark Bulgarelli (Pro Hac Vice)
PROGRESSIVE LAW GROUP, LLC
505 N. LaSalle Suite 350
Chicago, IL 60654
312-787-2717
markb@progressivelaw.com
alex@progressivelaw.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| DANIEL DONOHUE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | Case No. 5:11-cv-05337 RMW<br><br>**CLASS ACTION**<br><br>**JOINT STIPULATION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT; [PROPOSED] ORDER**<br><br>**[N.D. CAL. CIVIL LR 6-2]**<br><br>Judge: Hon. Ronald M. Whyte<br>Complaint Filed: November 3, 2011<br>Trial Date: None |

JOINT STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT; [PROPOSED] ORDER
CASE NO. 5:11-CV-05337-RMW
sf-3152892

1        Pursuant to Northern District Local Rules 6-1(b) and 6-2(a), Plaintiff and defendant Apple

2   Inc. ("Apple"), by and through their respective counsel, hereby stipulate as follows:

3        WHEREAS, on May 10, 2012, the Court entered an order granting Apple's motion to

4   dismiss;

5        WHEREAS, on June 1, 2012, the parties stipulated for Plaintiff to file a Second Amended

6   Complaint ("SAC") on or before July 11, 2012, and for Apple to answer or otherwise plead in

7   response thereto by August 1, 2012;

8        WHEREAS, the parties have met and conferred, and have agreed to extend Plaintiff's

9   time to file the SAC in order to allow the parties additional time to amend or supplement the

10  mediation protective order entered to allow Plaintiff to rely on confidential documents in

11  connection with the SAC;

12       WHEREAS, the parties also conferred and agreed to extend Apple's time to plead or

13  otherwise respond to the SAC;

14       WHEREAS, this is the second stipulation and request to extend time related to the SAC,

15  and the first stipulation and request to extend time related to the SAC for the stated reason, and

16  will not otherwise effect or alter any deadline set by this Court;

17       WHEREAS, facts and circumstances pertaining to the above-mentioned stipulations are

18  described in the Stepick Declaration filed contemporaneously herewith;

19       NOW THEREFORE, the parties stipulate as follows:

20   1.  Plaintiff's time to file the SAC is extended to and including August 1, 2012.

21   2.  Apple's time to plead or otherwise respond to the SAC is extended to and

22       including August 29, 2012.

23   3.  Plaintiff's opposition to any motion filed by Apple in response to the SAC shall be

24       filed on or before September 26, 2012.

25   4.  Apple's reply brief in support of any motion in response to the SAC, shall be filed

26       on or before October 17, 2012.

27   5.  A hearing on Apple's responsive motion, if any, shall be set for November 2, 2012

28       at 9:00 a.m.

6. If Apple files a responsive motion to the SAC, Apple shall not be obligated to answer the SAC until after the Court rules on Apple's motion.

Dated: July 6, 2012

PENELOPE A. PREOVOLOS
STUART C. PLUNKETT
SUZANNA P. BRICKMAN
MORRISON & FOERSTER LLP

By: /s/ Penelope A. Preovolos
Penelope A. Preovolos

*Attorneys for Defendant*
APPLE INC.

Dated: July 6, 2012

KATHRYN DIEMER
DIEMER, WHITMER & CARDOSI LLP

KEVIN ENG
EDWARD ZUSMAN
MARKUN ZUSMAN & COMPTON LLP

MARK BULGARELLI (*Pro Hac Vice*)
ALEX STEPICK (*Pro Hac Vice*)
PROGRESSIVE LAW GROUP, LLC

By: /s/ Alex Stepick
Alex Stepick

Attorneys for Plaintiff
DANIEL DONOHUE

# [PROPOSED] ORDER

**Pursuant to Stipulation, IT IS SO ORDERED.**

Dated: July _____, 2012

*[signature]*

Honorable Ronald Whyte

JOINT STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT
CASE NO. 5:11-CV-05337-RMW
sf-3152892

3