1  Kathryn S. Diemer, Esq. SBN 133977
2  DIEMER, WHITMAN & CARDOSI, LLP
   75 East Santa Clara Street, Suite 290
3  San Jose, CA 95113
   (408) 971-6270
4  kdiemer@diemerwhitman.com
5  *Attorneys for Plaintiff*

6  Alex Stepick (Pro Hac Vice)
   Mark Bulgarelli (Pro Hac Vice)
7  PROGRESSIVE LAW GROUP, LLC
   505 N. LaSalle Suite 350
8  Chicago, IL 60654
   312-787-2717
9  markb@progressivelaw.com
   alex@progressivelaw.com

10

11                 UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13                      SAN JOSE DIVISION

14

15  DANIEL DONOHUE, individually and on      Case No. 5:11-cv-05337 RMW
16  behalf of all others similarly situated,
                                             **CLASS ACTION**
17                       Plaintiff,
                                             **JOINT STIPULATION FOR**
18            v.                             **EXTENSION OF TIME TO FILE**
                                             **AMENDED COMPLAINT; []**
19  APPLE INC.,                              **ORDER**
20                       Defendant.
                                             **[N.D. CAL. CIVIL LR 6-2]**
21
                                             Judge:  Hon. Ronald M. Whyte
22                                           Complaint Filed:  November 3, 2011
                                             Trial Date:  None
23

24

25

26

27

28

1        Pursuant to Northern District Local Rules 6-1(b) and 6-2(a), plaintiff and defendant Apple

2    Inc. ("Apple"), by and through their respective counsel, hereby stipulate as follows:

3        WHEREAS, on May 10, 2012, the Court entered an order granting Apple's motion to

4    dismiss, and ordering plaintiff to file a Second Amended Complaint ("SAC") on or before June

5    11, 2012;

6        WHEREAS, the Court has granted the parties' stipulated requests to extend plaintiff's

7    time to file the SAC (Dkt. Nos. 51, 53);

8        WHEREAS, the SAC is currently due to be filed on August 1, 2012 (Dkt. No. 53);

9        WHEREAS, the parties have met and conferred, and have scheduled a mediation of this

10   dispute on August 24, 2012, with Catherine A. Yanni, Esq. of JAMS;

11       WHEREAS, the parties agree that, in light of the scheduled mediation, a further extension

12   of plaintiff's time to file the SAC will serve the interest of judicial economy and efficiency;

13       WHEREAS, the parties also agree to extend Apple's time to plead or otherwise respond to

14   the SAC;

15       WHEREAS, this stipulation will not otherwise effect or alter any deadline set by this

16   Court;

17       WHEREAS, if the mediation is unsuccessful the parties require additional time to resolve

18   issues regarding modifications to the existing protective order and to complete negotiations

19   regarding certain discovery relevant to the filing of a SAC, including discovery designated by

20   Apple as highly confidential.

21       NOW THEREFORE, the parties stipulate as follows:

22       1.    Plaintiff's time to file the SAC is extended to and including September 21, 2012.

23       2.    Apple's time to plead or otherwise respond to the SAC is extended to and

24           including October 19, 2012.

25       3.    Plaintiff's opposition to any threshold motions responding to the SAC shall be

26           filed on or before November 16, 2012.

27       4.    Apple's reply brief shall be filed on or before December 7, 2012.

28

1        5.    A hearing on Apple's threshold motions, if any, shall be set for  December 21,

2    2012 at 9:00 a.m.

3        6.    Apple is not obligated to answer the SAC until after the Court rules on any

4    threshold motions.

5    Dated:  July 26, 2012                  PENELOPE A. PREOVOLOS
                                          STUART C. PLUNKETT
6                                         SUZANNA P. BRICKMAN
                                          MORRISON & FOERSTER LLP
7

8                                         By:  ___/s/ Penelope A. Preovolos_____
                                               Penelope A. Preovolos
9

10                                        *Attorneys for Defendant*
                                          APPLE INC.
11   Dated:  July 26, 2012                KATHRYN DIEMER
                                          DIEMER, WHITMER & CARDOSI LLP
12
                                          KEVIN ENG
13                                        EDWARD ZUSMAN
                                          MARKUN ZUSMAN & COMPTON LLP
14
                                          MARK BULGARELLI
15                                        ALEX STEPICK
                                          FRANK JABLONSKI
16                                        PROGRESSIVE LAW GROUP, LLC

17
                                          By:  ___/s/ Kathryn Diemer_____
18                                             Kathryn Diemer

19                                        *Attorneys for Plaintiff*
                                          DANIEL DONOHUE
20

21
          I, Penelope A. Preovolos, am the ECF User whose ID and password are being used to file
22   this Stipulation.  In compliance with General Order 45, section X.B., I hereby attest that I have on
     file the concurrences for any signatures indicated by a "conformed" signature (/s/) within this
23   efiled document.

24
                                          By:  ___/s/ Penelope A. Preovolos_____
25                                             Penelope A. Preovolos

26

27

28

1    PURSUANT TO STIPULATION, IT IS SO ORDERED.

2  Date: _____

3                                                    _____
                                                     Hon. Ronald M. Whyte
4                                                    United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28