PENELOPE A. PREOVOLOS (CA SBN 87607)
(PPreovolos@mofo.com)
STUART C. PLUNKETT (CA SBN 187971)
(SPlunkett@mofo.com)
SUZANNA P. BRICKMAN (CA SBN 250891)
(SBrickman@mofo.com)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522
*Attorneys for Defendant*
APPLE INC.

Kathryn S. Diemer, Esq. SBN 133977
DIEMER, WHITMAN & CARDOSI, LLP
75 East Santa Clara Street, Suite 290
San Jose, CA 95113
(408) 971-6270
kdiemer@diemerwhitman.com

Alex Stepick (Pro Hac Vice)
Mark Bulgarelli (Pro Hac Vice)
PROGRESSIVE LAW GROUP, LLC
505 N. LaSalle Suite 350
Chicago, IL 60654
312-787-2717
markb@progressivelaw.com
alex@progressivelaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| DANIEL DONOHUE, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>APPLE INC.,<br><br>　　　　　Defendant. | Case No. 5:11-cv-05337 RMW<br><br>**CLASS ACTION**<br><br>**JOINT STIPULATION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT; [] ORDER**<br><br>**[N.D. CAL. CIVIL LR 6-2]**<br><br>Judge: Hon. Ronald M. Whyte<br>Complaint Filed: November 3, 2011<br>Trial Date: None |

Pursuant to Northern District Local Rules 6-1(b) and 6-2(a), plaintiff and defendant Apple Inc. ("Apple"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, on May 10, 2012, the Court entered an order granting Apple's motion to dismiss, and ordering plaintiff to file a Second Amended Complaint ("SAC") on or before June 11, 2012;

WHEREAS, the Court has granted the parties' stipulated requests to extend plaintiff's time to file the SAC (Dkt. Nos. 51, 53, 57);

WHEREAS, the SAC is currently due to be filed on September 21, 2012 (Dkt. No. 57);

WHEREAS, plaintiff and Apple attended a mediation on August 29, 2012, with Catherine Yanni, Esq. of JAMS and continue to engage in productive settlement discussions;

WHEREAS, therefore, plaintiff and Apple agree to extend plaintiff's time to file the SAC, and to extend Apple's time to plead or otherwise respond to the SAC;

WHEREAS, this stipulation will not otherwise effect or alter any deadline set by this Court;

NOW THEREFORE, the parties stipulate as follows:

1. Plaintiff's time to file the SAC is extended to and including October 22, 2012.
2. Apple's time to plead or otherwise respond to the SAC is extended to and including November 19, 2012.
3. Plaintiff's opposition to any threshold motions responding to the SAC shall be filed on or before November 16, 2012.
4. Apple's reply brief shall be filed on or before December 17, 2012.
5. A hearing on Apple's threshold motions, if any, shall be set for January 11, 2013 at 9:00 a.m.
6. Apple is not obligated to answer the SAC until after the Court rules on any threshold motions.

| | | |
|---|---|---|
| 1 | Dated:  September 21, 2012 | PENELOPE A. PREOVOLOS |
| 2 | | STUART C. PLUNKETT |
| | | SUZANNA P. BRICKMAN |
| 3 | | MORRISON & FOERSTER LLP |

By:  /s/ Penelope A. Preovolos
Penelope A. Preovolos

*Attorneys for Defendant*
APPLE INC.

Dated:  September 21, 2012          KATHRYN DIEMER
DIEMER, WHITMER & CARDOSI LLP

KEVIN ENG
EDWARD ZUSMAN
MARKUN ZUSMAN & COMPTON LLP

MARK BULGARELLI
ALEX STEPICK
FRANK JABLONSKI
PROGRESSIVE LAW GROUP, LLC


By:  /s/ Kathryn Diemer
Kathryn Diemer

*Attorneys for Plaintiff*
DANIEL DONOHUE

I, Penelope A. Preovolos, am the ECF User whose ID and password are being used to file this Stipulation.  In compliance with General Order 45, section X.B., I hereby attest that I have on file the concurrences for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

By:  /s/ Penelope A. Preovolos
Penelope A. Preovolos

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: _____            /s/ Ronald M. Whyte
Hon. Ronald M. Whyte
United States District Judge

JOINT STIPULATION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT; [] ORDER
CASE NO. 5:11-CV-05337-RMW
sf-3197382

2